```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 08816
   JOSE N MUNOZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1129

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/11/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS ^ MORTGAGE ARRE       803.30            .00         803.30
DAIMLER CHRYSLER FINANCI SECURED            7817.82         989.76        7817.82
DAIMLER CHRYSLER FINANCI UNSEC W/INTER      1471.46         185.54        1471.46
ZALUTSKY & PINSKI LTD    REIMBURSEMENT       194.00            .00         194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN               TRUSTEE                                           847.10
DEBTOR REFUND            REFUND                                            535.05

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            15,544.03

PRIORITY                                   194.00
SECURED                                  8,621.12
    INTEREST                               989.76
UNSECURED                                1,471.46
    INTEREST                               185.54
ADMINISTRATIVE                           2,700.00
TRUSTEE COMPENSATION                       847.10
DEBTOR REFUND                              535.05
                   --------------        --------------
TOTALS             15,544.03            15,544.03




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 08816 JOSE N MUNOZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 08816 JOSE N MUNOZ